USCA1 Opinion

 

 January 18, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT  ____________________ No. 95-1735  JENNIFER GOLDSTEIN, Plaintiff, Appellant, v. HARVARD UNIVERSITY, ET AL., Defendants, Appellees. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nancy J. Gertner, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Stahl and Lynch, Circuit Judges. ______________ ____________________ Jennifer Goldstein on brief pro se. __________________ Diane E. Lopez, Office of the General Counsel, Harvard _________________ University, on brief for appellees. ____________________ ____________________ Per Curiam. Plaintiff/appellant Jennifer Goldstein __________ appeals from a district court order dismissing her 258- paragraph complaint without prejudice because of its failure to conform to the concise pleading requirements of Fed. R. Civ. P. Rule 8(a)(2). We have carefully reviewed the complaint and the parties' briefs. We affirm essentially for the reasons stated by the district court. The district court order does not, on its face, preclude an eventual decision on the merits, and appellant makes no meaningful argument that she is foreclosed from pursuing her claims. We add that appellant's allegation of judicial bias was not raised below, and, in any event, is meritless. See Brody v. President & ___ _____ ___________ Fellows of Harvard College, 664 F.2d 10, 11 (1st Cir. 1981) __________________________ (noting that all judges come to the bench with a background of experiences, associations and viewpoints and that this background is seldom sufficient in itself to provide a reasonable basis for recusal), cert. denied, 455 U.S. 1027 ____________ (1982). The request to seal the dismissal order is denied. Affirmed. ________ -2-